IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD SMITH, | No. C 12-01358 RS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

In adjudicating defendant's prior motion to dismiss, plaintiff was instructed that he must, by September 27, 2012, file a complaint, as there is none operative in this case. Failure to do, he was warned, might result in dismissal of the case. As plaintiff has not filed any complaint, the case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: 10/01/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-01358 RS
ORDER