IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RONALD SMITH,

        Plaintiff,

  v.

UNITED STATES POSTAL SERVICE,

        Defendant.

No. C 12-01358 RS

**ORDER VACATING PRIOR ORDER OF DISMISSAL**

In light of plaintiff's amended complaint (Dkt. No. 22), just filed on the docket, the prior order of dismissal is hereby vacated.

IT IS SO ORDERED.

Dated: 10/01/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-01358 RS
ORDER